UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61760-Civ-Jordan/McAliley

LYNNE M. BALTHAZOR,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.
_____/

# FIRST AMENDED CLASS ACTION COMPLAINT[1]
## JURY DEMAND

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has diversity jurisdiction under 28 U.S.C. §1332(d)(2) as the amount in controversy exceeds $5,000,000 and the parties are diverse. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, LYNNE M. BALTHAZOR, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

---

[1] Pursuant to Rule 15, Plaintiff amends her initial Complaint as a matter of right prior to Defendant's answer.

4. Defendant, UNITED COLLECTION BUREAU, INC., is a corporation incorporated under the laws of the State of Ohio with its principal place of business at Suite 206, 5620 Southwyck Boulevard, Toledo, Ohio 43614. It is a citizen of the State of Ohio.

5. Defendant is one of America's largest debt collectors. It employs approximately 400 individual debt collectors and uses multiple automated dialing devices located at offices in several states to place tens of thousands of automated calls per day.

6. Class damages under the TCPA exceed $5,000,000.

## FACTUAL ALLEGATIONS

7. Defendant sought to collect from Plaintiff a debt allegedly due Chase Bank USA, NA.

8. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> June 11, 2009 at 7:11 PM on Cellular Phone
> Hello, hi. This message is for Lynne Balthazor. My name is Marie, calling from the office of UCB. Ms. Balthazor, I'm calling in regard an important matter that was forwarded here to my office. I did see several attempts were made to try and get in contact with you, but you have failed to comply. Please give me a call in my office. I need to speak with you in regarding file number 80100710. The number you could reach me is 888-861-7707 at extension 6799.
>
> June 15, 2009 on Cellular Phone
> Good afternoon.  This is an urgent message for Lynne Balthazor.  This is Mrs. DeLeon calling you from the offices of UCB.  Ms. Balthazor, I'm

calling pertaining to a matter that was sent into the offices—the offices—by one of my clients. This information will soon be forwarded out of this office to the relevant department requesting pending further action. I did, however, want to go over the contents of the matter with you before it gets to that point while you still have options. Please contact my office before 8:00 PM Eastern Standard Time today, Monday, June 15, 2009. My toll free number is 1-888-861-7707 at extension 6893. Please keep in mind this is an urgent and time-sensitive matter and I do need to speak with you before a deadline, 8:00 PM Eastern Standard Time today in order to rectify this matter on voluntary terms. Thank you.

June 18, 2009 at 11:20 AM on Cellular Phone
Hi. My name is Mrs. Burroughs. Lynne, I'm trying to get in contact with you, you both and Gary. Calling from the f—I'm calling from the finalization department of UCB calling in regards to your pending reference C as in "Charlie" 80100710. Your file is being forwarded here to my office accompanied with paperwork that is now prepared for further processing. We do have a due date set into place and with this matter will be forwarded out of this office. Now, it's v—I do want to rectify this matter voluntarily and avoid any further proceeding on this behalf. It is very important that this office be contacted today no later than 3:00 PM Eastern Standard Time. Um, the number here to my office 888-861-7707. The extension 6758. When call, you must reference file number C as in "Charlie" 80100710. I will be here this evening until 5:00 PM Eastern Time. This call must be returned today by 3:00 PM Eastern Standard Time. This is the final attempt to get in contact with Lynne and Gary. Good Day. Good luck to you both.

June 19, 2009 on Cellular Phone
Message is for Lynne Balthazor. This is Mr. Grover calling with the office of UCB and I have a very important matter that does concern yourself. I need you need to contact my office today to address this matter. Contact number where you could reach me is 888-861-7707 extension 6951 and have you reference number available, which is 800—excuse me 80100710. I'll be here up until 9:00 PM Eastern Time to go over this matter with you in full detail.

June 25, 2009 on Cellular Phone
This message is for Lynne Balthazor. This is to inform you that the offices of United Bureau have begun the necessary actions related to your case number 80100710. The paperwork will be reviewed and processed by 5:00

3

PM and forwarded to the relevant department.  If for any reason you would like to discuss the details of the matter at hand, contact my office at 888-300-0449 extension 6875.

June 30, 2009 at 8:51 PM on Cellular Phone
Good evening.  This message is for Lynne Balthazor.  My name is Paris Battle here at the Escalation Department at the office of UCB.  It is important that we speak with you concerning your account that has been here since June the 3rd.  My office has made several attempts to contact you and now you've been forwarded to my department.  I'm completing a review that will be forwarded to my client.  We're going to enclose the multiple attempts we've made to contact you and discuss a resolution for this file.  If you do not comply voluntarily, you do not leave our client very many options of resolving this matter.  However, I believe that you will be able to voluntarily comply by simply returning my call explaining your situation and seeing that you can take advantage of one of the many options we have available to reduce the size of this matter for you.  My contact telephone number is 888-861-7707 extension 6825 where I can be reached Monday through Friday between the hours of 8:00 AM and 9:00 PM Eastern.  Please be sure to return the call when you receive this message and reference your file number 80100710.  Thank you.

July 28, 2009 on Cellular Phone
This is a message for Lynne Balthazor. This is Mr. Frederick calling on behalf of reference number 80100710.  Contact my office no later than 4:00 PM at 888-861-7707 extension 6839.

August 18, 2009 at 2:57 PM on Cellular Phone
Hi.  This message is for Lynne Balthazor.  This is Miss Williams.  I'm with the office of UCB.  I'm calling in reference to file number 80100710.  Very important that we speak with you today.  Your file has been placed here for me to make final decision on.  Please return my call before 9:00 PM Eastern Time at 866-546-1551.  My extension is 86827.

August 21, 2009 at 10:33 AM on Cellular Phone
Message is for Lynne Balthazor.  Lynne, my name is Gerald Brewster.  I have an important matter in my office pertaining to personal that needs your immediate attention.  My number is 866-546-1551.  My direct extension is 86781.  That's 866-546-1551 extension 86781.

4

<u>August 21, 2009 at 12:43 PM on Cellular Phone</u>
This message is for Lynne Balthazor. Uh, this is Serena. I'm calling from the office of UCB. It's in your best interest that you return my call so we can go over so we can go over some detail options and offers that's available in my office. My toll free number is 1-866-546-1551. Direct extension 86715. I will be in the office until 9:00 PM Eastern Time. Thank you.

<u>August 24, 2009 at 2:38 PM on Cellular Phone</u>
This message is an effort to communicate with Lynne Balthazor. My name is Stephanie. I'm calling you from the office of UCB in regards to your file that has been obtained in my office. Please contact me at 866-546-1551 at my direct extension 86933. When calling in, please have the reference number available, which is 80100710.

<u>August 31, 2009 on Cellular Phone</u>
Hello Lynne Balthazor. This is Serena. I'm calling from the office of UCB. My toll free number is 1-866-546-1551. My direct extension is 6715. I will be in the office between 8:00 AM to 9:00 PM Eastern Time pending return of this call. This is in your best interest of yours that you must return my call within the next 24 hours at 1-888-861-7707. I will be in the office between 8:00 AM to 9:00 PM Eastern Time. I just want to let you know, um, we need to bring closure on this account here that has been forwarded in my office. It's in your best interest that you return my call so we can go over the detail options and offer. Once again, my number is 1-888-861-7707. Thank you.

9.   Defendant left messages on other occasions. (Collectively, "the telephone messages").

10.  Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

11.  Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic

5

telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

12. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

13. Defendant willfully or knowingly violated the TCPA.

14. Plaintiff seeks class certification on the TCPA claim. Other Courts have certified classes based upon the TCPA: *James A. Mitchem v. Illinois Collection Service, Inc.* Case No.: 09 C 7274 (Northern District of Illinois, January 3, 2011); *Balbarin, Joanne F. v North Star Capital Acquisition, LLC et al.* Case No.: 10 C 1846 (Northern District of Illinois, January 5, 2011).

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

15. Plaintiff incorporates Paragraphs 1 through 14.

16. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

## CLASS ACTION ALLEGATIONS

17. Plaintiff incorporates the foregoing paragraphs.

18. This action is brought on behalf of a class defined as:

      a.      all persons to whom Defendant placed a telephone call to said person's cellular telephone service to a telephone number with a Florida area code made through the use of any automatic telephone dialing system or an artificial or prerecorded voice,

      b.      on behalf of Chase Bank USA, NA.

      c.      during the four-year period prior to the filing of the amended complaint in this matter through the date of class certification.

      d.      without the person's prior express consent.

19.    As a result of Defendant's negligent violations of 47 U.S.C. § 227 *et seq*, Plaintiff and the TCPA Class Members are entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

20.    As a result of Defendant's willful or knowing violations of 47 U.S.C. § 227 *et seq*, Plaintiff and the TCPA Class Members are entitled to an award of up to $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(C).

21.    There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members.  The principal issues are:

      a.      whether Defendant's automated telephone calls violate the TCPA.

22.    The claims of Plaintiff are typical of those of the class members. All are based on the same facts and legal theories.

23.    Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling actions involving unlawful practices under the TCPA and class actions. Neither Plaintiff nor her counsel have any interests which might cause them not to vigorously pursue this action.

24.    Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

      a.      The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

      b.      A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

WHEREFORE, Plaintiff, LYNNE M. BALTHAZOR, requests that the Court enter judgment in favor of herself and the class and against Defendant UNITED COLLECTION BUREAU, INC. for:

      a.      Certification of this matter to proceed as a class action;

      b.      Statutory damages pursuant to pursuant to 47 U.S.C. §227(b)(3);

  c.  A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

  d.  Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61760-Civ-Jordan/McAliley

LYNNE M. BALTHAZOR,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

UNITED COLLECTION BUREAU, INC.,
C/o C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

Via U.S. Mail